IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEFFERY LEE HAMMONS**                                                                               **PLAINTIFF**

v.                                                          CIVIL ACTION NO. 1:22-cv-88-TBM-RPM

**BOBBY C. FAIRLEY, BURL CAIN,**
**STATE PAROLE BOARD,** *and*
**PAROLE OFFICER G.C.M.S.**                                                                  **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 16th day of September, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE